UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
APR 28, 2017
CENTRAL DISTRICT OF CALIFORNIA
BY: BH DEPUTY

Oscar Rodriguez,

    Petitioner,

v.

United States of America,

    Respondent.

ED 16 CV 00060 VAP
ED 05 CR 00069 VAP

**JUDGMENT**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that the Petition for Relief under 28 U.S.C. § 2255 is DENIED. Petitioner's request for a certificate of appealability is also DENIED. The Court orders that such judgment be entered.

**IT IS SO ORDERED.**

Dated: 4/28/17

Virginia A. Phillips
Chief United States District Judge